EJD:AP
F. #2026R000022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | C O M P L A I N T  A N D |
| | A F F I D A V I T  I N  S U P P O R T |
| - against - | O F  A R R E S T  W A R R A N T |
| GIOVANNI ABREU PEREZ, | (18 U.S.C. §§ 1951(a), 924(c)(1)(A)(i), |
| | 924(c)(1)(A)(ii) and 2) |
| Defendant. | |
| | 26-MJ-7 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

MICHAEL SAVONA, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

Count One: Hobbs Act Robbery

On or about January 11, 2026, within the Eastern District of New York, the defendant GIOVANNI ABREU PEREZ, together with others, did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by the robbery of (1) United States currency from a gambling establishment located in Queens, New York; and (2) United States currency, cell phones, clothing, jewelry, watches and vehicles, among other things, from patrons of the same gambling establishment.

(Title 18, United States Code, Sections 1951(a) and 2)

Count Two: Unlawful Use of Firearms

On or about January 11, 2026, within the Eastern District of New York and elsewhere, the defendant GIOVANNI ABREU PEREZ, together with others, did knowingly and

intentionally use and carry one or more firearms during and in relation to a crime of violence, to wit: the crime charged in Count One, and did knowingly and intentionally possess such firearms in furtherance of said crime of violence, one or more of which firearms was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i); 924(c)(1)(A)(ii) and 2)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2015.   In this capacity, I investigate crimes involving pattern armed robberies and crimes involving firearms.   I am familiar with the facts and circumstances set forth below from my direct participation in the investigation, my review of the investigative file and from reports of other law enforcement officers involved in the investigation.

2.   On January 11, 2026, at approximately 2:00 a.m., in Queens, New York, approximately seven masked men, some of whom wore gloves, participated in the armed robbery of an illegal gambling establishment in Queens, New York (the "Gambling Spot") and the patrons therein.   During this investigation, I have learned that the Gambling Spot facilitated card games and housed multiple video slot machines in which individuals gathered to wager money.

3.   The defendant GIOVANNI ABREU PEREZ, pictured below, was arrested shortly after the robbery as he fled from responding police officers and attempted to hide behind parked cars directly across the street from the Gambling Spot.

---

[1]   Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.



4.      At the time of his arrest, as pictured above, ABREU PEREZ was wearing a black quilted hooded puffer jacket, black sweatpants with a logo on the left thigh of the pants, which featured two horizontal white bars and the words "unknown need to open up," in white lettering, as depicted below (the "Logo") and black Air Jordan sneakers.   ABREU PEREZ's participation and identification as one of the Robbers involved in the robbery is set forth in greater detail below.



5.      Approximately nine victims (collectively, the "Victims"), whose identities are known to the Affiant, (John Does #1-5 and Jane Does #1-4), were present during the armed robbery of the Gambling Spot and have collectively advised law enforcement agents of the following, in sum and substance and in part:

        a.      The Victims were present inside the Gambling Spot and engaged in gambling when multiple masked men dressed in dark clothing (the "Robbers") entered the Gambling Spot, demanded property at gun point and forced the Victims to undress to their underwear.   At least one of the female victims reported that the Robbers forcibly touched her breasts and vagina over her underwear as the Robbers searched for property.

        b.      John Doe #2 reported that he was struck in the head by one of the Robbers, which caused a laceration to his head.   Jane Doe #3 also reported that one of the Robbers struck her in the head, which caused cuts to her head.

        c.      The Victims reported that the Robbers collectively stole, among other things, cash, jewelry, cell phones, clothing and watches.   John Doe #1 reported that the

5

Robbers stole the keys to his 2024 BMW X7[2] (the "X7"). John Doe #4 also reported that the Robbers stole the keys to his 2024 BMW X5 (the "X5").

6. I have reviewed multiple surveillance videos from the Gambling Spot (some of which were equipped with audio), on January 11, 2026 after approximately 2:00 a.m., which show the following, in sum and substance:

a. The surveillance video captured multiple masked men shoving the Victims into a small room at gunpoint and forcing them to kneel on the ground with their hands behind their heads as the Robbers searched them and stole items such as cell phones and jewelry. The surveillance video also captured the Robbers shouting at the Victims and yelling things such as "Where's all the fucking money?" and "Shut up or I'll shoot you." As depicted in the still image from video surveillance below, at least two of the Robbers brandished firearms.



b. At the same time, surveillance video captured the Robbers brandishing yellow crowbars and searching the Victims for property. As captured in the still

---

[2] Based on my training, experience and participation in the investigation to date, I am aware that BMW vehicles are manufactured outside the state of New York.

image below, this involved the individual that I believe to be ABREU PEREZ, based on the clothing he wore at the time of the arrest, which included the white Logo on the left thigh of his pants, as described above. ABREU PEREZ can be seen brandishing a yellow crowbar in his right hand and a cell phone in his left hand, which was taken from one of the Victims.



    c.      The surveillance video captured one of the Robbers striking Jane Doe #3 over the head with a firearm. As depicted in the still image below, blood can be seen pooling from Jane Doe #3's head onto the ground.



d. As depicted in the still image below, one of the Robbers can be seen brandishing a butcher knife in the Victims' direction as they kneeled on the ground with their hands behind their heads.



e.      The surveillance video also captured the Robbers using yellow crowbars to smash video slot machines[3] in a separate room in the Gambling Spot and retrieving cash from those machines.  As shown in the still image below, one of the Robbers can be seen passing cash from one of the vandalized machines to another Robber.



f.      Additionally, as depicted below, this also involved the individual that I believe to be ABREU PEREZ, based on the description above, using a yellow crowbar to smash one of the machines in order to search for cash.

---

[3]     Multiple slot machines in the Gambling Spot were manufactured by International Game Technology PLC, which is a multinational gambling company, headquartered in Nevada, that produces slot machines and other gambling technology.



7. At the time of his arrest, when he was apprehended fleeing from the Gambling Spot immediately after the robbery, $3,550 was recovered from ABREU PEREZ's person, $800 of which was bound in a receipt with Chinese writing.[4] Police officers also recovered gloves and a black mask from ABREU PEREZ.

8. I have reviewed license plate reader ("LPR") records for the X7, which captured the X7 on the Grand Central Parkway 82nd Street Overpass in Queens on January 11, 2026 at approximately 4:20 a.m., approximately two hours after the robbery.

9. I have also reviewed LPR records for the X5, which captured the X5 on the Bronx-Whitestone Bridge on January 11, 2026 at approximately 4:21 a.m.

---

[4] The Gambling Spot was operated and patronized primarily by individuals of Chinese descent.

10. Following his arrest, ABREU PEREZ waived his <u>Miranda</u> rights and was interviewed by law enforcement agents. During the interview, ABREU PEREZ identified himself in a still image, depicted below, from the above-described video surveillance, as the individual in the clothing described above.



WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant, GIOVANNI ABREU PEREZ, so that he may be dealt with according to law.

/s/ MICHAEL SAVONA

MICHAEL SAVONA
Special Agent
Federal Bureau of Investigation

Sworn to before me this
 14   th day of January, 2026

THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK